UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUJ DAYAL<br>HINA DAYAL<br>3384 White Oak St.<br>Highlands Ranch, CO 80129<br><br>**Plaintiffs,**<br><br>　　-against-<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>20 Massachusetts Ave NW,<br>Washington DC 20529<br><br>CHAD WOLF, Acting Secretary of Homeland<br>Security, Washington, D.C. 20528<br><br>KEN CUCCINELLI, Acting Director of the United<br>States Citizenship  and Immigration Services,<br>111 Massachusetts Avenue NW,<br>Washington, D.C. 20001<br><br>and<br><br>LAURA ZUCHOWSKI, Director of the USCIS<br>Vermont Service Center ,<br>30 Houghton St<br>St. Albans, VT 05478<br><br>　　**Defendants.** | Case No.:<br><br>COMPLAINT |

**COMPLAINT**

## DESCRIPTION OF ACTION

1. This complaint is brought by MANUJ DAYAL and HINA DAYAL against the Defendants to compel a decision on Populus Group, Inc. (Populus)'s Petition for Nonimmigrant Work (Form I-129) and her I-539, Application To Extend/Change Nonimmigrant Status (Form I-539) respectively, which have been pending with the defendants for over eleven (11) months despite the fact that Populus requested and paid for "premium processing" on this petition.

## JURISDICTION

2. This being a civil action against the United States arising under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., both laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiffs MANUJ DAYAL and HINA DAYAL are citizens and national of India currently residing in Highlands Ranch, CO.

5. The defendant, CHAD WOLF is the Acting Secretary of Homeland Security, and as such has the authority to adjudicate Forms I-129 and I-539. He resides for official purposes in the District of Columbia.

6. The defendant, KEN CUCCINELLI, is the Acting Director of the United States Citizenship and Immigration Services (USCIS), the agency within the Department of Homeland

Security which adjudicates Forms I-129 and I-539. He resides for official purposes in the District of Columbia.

7. The defendant, LAURA ZUCHOWSKI, is the Director of the USCIS Vermont Service Center where the plaintiffs' petition and application are currently pending, and has immediate responsibility for its adjudication. She resides for official purposes in the State of Vermont.

## BRIEF STATEMENT OF RELEVANT FACTS

8. On August 14, 2019, the said petition and application were filed with the United States Citizenship and Immigration Services, and were assigned File Numbers LIN1924851415 and LIN1924851449, respectively.

9. On February 5, 2020 Populus filed with USCIS a Request For Premium Processing Services on its petition upon Mr. Dayal behalf.

10. On February 18, 2020 USCIS issued a request for evidence.

11. On approximately April 16, 2020 the USCIS responded to that request.

12. As of today, the plaintiffs' petition and application remain under the jurisdiction of the defendants and are unadjudicated.

## CAUSE OF ACTION

12. Defendant CHAD WOLF, Acting Secretary of Homeland Security, Defendant KEN CUCCINELLI, Acting Director of the United States Citizenship and Immigration Services, and Defendant LAURA ZUCHOWSKI, Director of the United States Citizenship and Immigration

3

Services' Atlanta Field Office, are each and all officers or employees of the United States and the Department of Homeland Security.

13. Defendants CHAD WOLF, Acting Secretary of Homeland Security, Defendant KEN CUCCINELLI, Acting Director of the United States Citizenship and Immigration Services, and Defendant LAURA ZUCHOWSKI, Director of the United States Citizenship and Immigration Services' Atlanta Field Office, each and all owe a duty to the Plaintiff MANUJ DAYAL and HINA DAYAL to adjudicate their petition and application within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

14. Further, 18 U.S.C. § 1571(b) provides that: "It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, except that a petition for a nonimmigrant visa under section 214(c) of the Immigration and Nationality Act [8 USCS § 1184(c)] should be processed not later than 30 days after the filing of the petition."

15. The USCIS is currently indicating on its web that the Vermont Service Center is taking 6-8 months to adjudicate form I-129 and 7.5 to 9.5 to adjudicate applications for extension of stay in H-4 dependent status.

16. Accordingly, the over 11 month period in which this application has been pending with Defendant CHAD WOLF, Acting Secretary of Homeland Security, Defendant KEN CUCCINELLI, Acting Director of the United States Citizenship and Immigration Services, and Defendant LAURA ZUCHOWSKI, Director of the United States Citizenship and Immigration

Services' Atlanta Field Office, is beyond that which these officers or employees reasonably require to adjudicate it.

17 This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiffs.

18. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

### **RELIEF REQUESTED**

WHEREFORE it is respectfully requested that the Court compel Defendants CHAD WOLF, Acting Secretary of Homeland Security, KEN CUCCINELLI, Acting Director of the United States Citizenship and Immigration Services, and LAURA ZUCHOWSKI, Director of the United States Citizenship and Immigration Services' Atlanta Field Office, to adjudicate MANUJ DAYAL and LAQUANA JAKITA POPE-KUMAR's Application for Adjustment of Status and Petition for Alien Relative, respectively, forthwith, and to take such other action as it deems appropriate.

Respectfully submitted, July 22, 2020.

/s/ *Michael E. Piston*
Michael E. Piston MI0002
Attorney for the Plaintiffs
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com